IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ENSO LEONEL SAMAYOA SANTIAGOS,<br><br>Petitioner,<br><br>vs.<br><br>MARKWAYNE MULLIN, in his official capacity as Secretary of the United States Department of Homeland Security, et al.,<br><br>Respondents. | 8:26-CV-220<br><br>MEMORANDUM AND ORDER CONDITIONALLY GRANTING PETITION FOR WRIT OF HABEAS CORPUS |

The petitioner is a noncitizen currently detained by U.S. Immigration and Customs Enforcement. He seeks a writ of habeas corpus under 28 U.S.C. § 2241. Filing 1. He was arrested while on legal parole and asserts his detention is unlawful. The government asserts a hearing is not necessary, and the Court agrees. The Court will conditionally grant the petition.

The petitioner is a citizen of Guatemala who has lived in the United States since 2001. Filing 1 at 6. In 2010, he was placed into removal proceedings, detained, and then released on bond. Since that time, he has followed all the conditions of his release, governed by 8 U.S.C. § 1226(a)(2)(B), and has attended all his immigration court hearings. Filing 1 at 2.

The petitioner went to the Colfax County Nebraska Courthouse in November 2025 to pay nuisance tickets issued "based on the length of the grass at a rental property he owns." Filing 1 at 2. He was then taken into custody by ICE. He was ordered removed in January 2026 and timely filed an appeal, which is still pending, so his order of removal is not yet final. *See* filing 1 at 2. When he was initially detained, ICE determined the petitioner should receive

a new $10,000 bond. Filing 1 at 7. However, despite numerous requests, the immigration court has determined it lacks the jurisdiction to issue a bond. Filing 1 at 2. The petitioner remains detained in McCook, Nebraska. Filing 1 at 1.

Because the petitioner was on conditional parole pursuant to § 1226(a)(2)(B) when he was detained, the Court will conditionally grant the petition for the reasons articulated by the undersigned in *Dos Santos Silva v. Warden, Lincoln County Detention Center*, No. 8:26-cv-131, 2026 WL 926725 (D. Neb. Apr. 6, 2026).

IT IS ORDERED:

1. The Petition for Writ of Habeas Corpus (filing 1) is conditionally granted.

2. The government shall provide the petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) and the corresponding regulations **on or before May 25, 2026**.

3. If the government does not provide the petitioner with a bond hearing as required, the petitioner must be immediately released from detention.

4. **On or before May 29, 2026**, the government shall provide the Court with a status update regarding the bond hearing or, if no bond hearing was held, advise the Court regarding the petitioner's release.

Dated this 18th day of May, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge